AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

AUSA Kelley

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Diamere L BYRD | ) Case No. 2:24-mj-535 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___11/11/2020 to 11/18/2020___ in the county of ___Franklin___ in the ___Southern___ District of ___Ohio___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(1). | Possession with the Intent to Distribute Controlled Substances (specifically over 40 grams of fentanyl and cocaine base) |
| 21 U.S.C. §§ 846 | Conspiracy to Distribute Controlled Substances |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

SAMUEL CHAPPELL (Affiliate)
Digitally signed by SAMUEL CHAPPELL (Affiliate)
Date: 2024.11.08 14:05:01 -05'00'

*Complainant's signature*

S. Chappell, ATF TFO

*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___November 8, 2024___

City and state: ___Columbus, Ohio___

Kimberly A. Jolson
United States Magistrate Judge

**PROBABLE CAUSE AFFIDAVIT**
**Diamere L BYRD**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Diamere L BYRD (hereinafter referred to as BYRD) for Possession with the Intent to Distribute Controlled Substances in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(1) and Conspiracy to do the same 21 U.S.C. §§ 846.

3. The facts set forth within this affidavit come from my own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that BYRD committed these offenses.

4. In September of 2020, officers met with a CI who provided information about 2106 Sagamore Rd., drug activity and Ricco MAYE. According to the CI, the 2106 Sagamore Rd. residence is a "trap" house. The CI provided "Diamere" as the first name of the female who the CI stated runs the home and its drug operations.

5. On or about November 18, 2020, a federal search warrant 2:20-MJ-779 was executed at 2106 Sagamore Road, Columbus, Ohio, 43219. Seized from the location was approximately 143 grams of fentanyl, and 25 grams of cocaine base. Resident Kevin PEARSON and coconspirator Ricco MAYE were in the residence at the time of the search warrant.

6. Law enforcement officers had observed defendant BYRD, (and two know others) leave the Sagamore residence minutes before the search warrant was executed. BYRD was later located, and a brief interview was conducted with her by law enforcement. BYRD admitted staying regularly at the Sagamore residence.

7. On or about November 20, 2020, BYRD contacted investigators. BYRD agreed to a noncustodial interview. BYRD stated that she was introduced to MAYE as a source for her drug supply. BYRD stated that she would "make moves" for MAYE. When asked what making moves meant BYRD explained that she would sell drugs for MAYE. BYRD stated that she didn't start selling drugs for MAYE until they lived at 2106 Sagamore Rd. According to BYRD MAYE would also give BYRD drugs to sell on a daily basis and she would be required to sell directly from the Sagamore residence.

**PROBABLE CAUSE AFFIDAVIT**
**Diamere L BYRD**

8.   Subsequently, numerous cooperating defendants including Keavin PEARSON have provided information (and have testified) corroborating that BYRD regularly possessed with the intent to distribute and distributed fentanyl and other narcotics from the Sagamore Road residence. This location essentially operated as a trap house for known narcotics trafficker Ricco MAYE who used BYRD (and others) to help store and distribute his narcotics when he was not at the residence. MAYE and numerous of these codefendants were previously indicted in SDOH case 2:20-CR-0203 and all but MAYE have plead guilty.

9.   Based on this information, I believe that probable cause exists that BYRD, conspired with others known and unknown to possessed with intent to distribute more than 40 grams of fentanyl and other narcotics, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(1) and 21 U.S.C. §§ 846.

SAMUEL
CHAPPELL
(Affiliate)

Digitally signed by SAMUEL
CHAPPELL (Affiliate)
Date: 2024.11.08 15:16:51
-05'00'

ATF TFO Samuel Chappell

Sworn to and subscribed before me on this 8 day of November 2024, in Columbus, Ohio.

Kimberly A. Jolson
United States Magistrate Judge